THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ISHMAEL ISRAEL, Appellant. [929 NYS2d 879]—

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Prudenti, P.J., Mastro, Rivera and Skelos, JJ., concur.